149 So.2d 763

The ALLIANCE MANUFACTURING
COMPANY, Inc.

v.

Charles C. FOTI, d/b/a National
Sales Agency.

No. 46522.

Feb. 8, 1963.

Writ refused. On the facts found by the Court of Appeal, we find no error in the judgment complained of.

149 So.2d 763

Clara Nola HINYUP

v.

L. A. FREY & SONS, INC., and Liberty
Mutual Insurance Company.

No. 46523.

Feb. 8, 1963.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, the judgment complained of is correct.